HARRY WAGNER, Respondent, *v.* GRAND MACHINERY EXCHANGE, INC., Defendant, and HERMAN LANGLEBEN et al., Appellants.

Submitted February 27, 1942; decided April 16, 1942.

*Jerome A. Strauss* for Herman Langleben, appellant.
*Benjamin Davidson* for Jacob Goodman, appellant.
*Seymour Stone* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.